**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**                                                                 **CASE NO.: 24-10465-RAM**
**KARLA VARELA**                                            **CHAPTER: 13**
         **Debtor**
_____/

**NOTICE OF CONTINUED HEARING**

     **NOTICE IS HEREBY GIVEN** that a hearing will be held on **June 18, 2024, at 9:00am**, by remote attendance before the **Honorable Judge Robert A Mark.** The parties attending must register at:

https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

**THE MATTER** to be considered is:

     **Objection to Claim of Real Time Solutions, Inc., DE#32**

**CERTIFICATE OF SERVICE**

  I certify that a true copy of the above Motion was served on the 15th day of May 15, 2024 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

                               CORONA LAW FIRM, P.A.

                               /s/ Ricardo Corona, Esq.
                               RICARDO CORONA, ESQ.
                               Florida Bar No.: 111333
                               6700 SW 38th Street
                               Miami, FL  33155
                               Tel: (305) 547-1234
                               Fax: (305)266--1151
                               e-mail:  bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 24-10465-RAM**

**Sent Via Electronic Service**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent Via Electronic Service**
**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

**Sent via US Mail and Email**
**Real Time Resolutions, Inc.**
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601
Email: bankruptcynotices@kasslaw.com

**Sent via US MAIL**
Real Time Solutions, Inc.
1349 Empire Central Dr. Suite 150
Dallas, TX 75247

**Sent by US Mail**
**Karla B. Varela**
3101-3103 NW 9th Avenue
Miami, FL 33127