**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on April 12, 2017**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 12–38117–LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

| | |
|---|---|
| America M Puig | Leonides Baez |
| 4805 NW 7 ST # 204 | 4805 NW 7 ST # 204 |
| Miami, FL 33126 | Miami, FL 33126 |
| SSN: xxx–xx–6781 | SSN: xxx–xx–6779 |

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.